David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde & Swigart**
5343 N. 16th Street, Suite 460
Phoenix, AZ 85016
Telephone:  (602) 265-3332
Facsimile:  (602) 230-4482

Attorneys for the Plaintiff
Andrew Ford

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Andrew Ford | Case No.: 4:10-cv-00374-CKJ-BPV |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Redline Recovery Services, LLC | |
| Defendant. | |

    PLEASE TAKE NOTICE that Plaintiff Andrew Ford and Defendant Redline Recovery Services, LLC  have just settled the above-entitled matter in its entirety. The parties anticipate filing a Notice of Dismissal, with prejudice, as to the entire lawsuit, no later than 30 days from the date of this Notice.

Date: December 7th, 2011       Hyde & Swigart

                                              By:   /s/ David J. McGlothlin
                                              David J. McGlothlin
                                              Attorneys for the Plaintiff