David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde & Swigart**
5343 N. 16th Street, Suite 460
Phoenix, AZ 85016
Telephone:     (602) 265-3332
Facsimile:     (602) 230-4482

Attorneys for the Plaintiff
Andrew Ford

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Andrew Ford<br><br>                         Plaintiff,<br>v.<br><br>Redline Recovery Services, LLC<br><br>                         Defendant. | **Case No.: 4:10-cv-00374-CKJ-BPV**<br><br>**NOTICE OF SETTLEMENT NOT COMPLETED** |
|---|---|

   PLEASE TAKE NOTICE that settlement has not been completed. Therefore Plaintiff requests another 30 days before dismissal is required. If settlement is not completed by that time, Plaintiff requests that dates be re-calendared and the case move forward.

Date: February 3, 2012                           **Hyde & Swigart**

                                                 By: __/s/ David J. McGlothlin___
                                                 David J. McGlothlin
                                                 Attorneys for the Plaintiff