David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde & Swigart**
5343 N. 16th Street, Suite 460
Phoenix, AZ 85016
Telephone:     (602) 265-3332
Facsimile:      (602) 230-4482

Attorneys for the Plaintiff
Andrew Ford

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Andrew Ford | Case No.: 4:10-cv-00374-CKJ-BPV |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Redline Recovery Services, LLC | |
| Defendant. | |

    The parties to the above-captioned action, by and through their respective counsel, hereby stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action be and hereby is dismissed with prejudice. The parties shall bear their own attorney's fees and costs.

//
//
//
//
//

Dated: March 9, 2012          **Hyde & Swigart**

                              By: _/s/ David J. McGlothlin_
                                  David J. McGothlin, Esq.
                                  Attorneys for Plaintiff


Dated: March 9 2012           **Fulton Friedman & Gullace LLP**

                              By: _/s/ Cynthia Fulton_
                                  Cynthia Fulton
                                  Attorneys for Defendant