# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew Ford,<br>    Plaintiff,<br>vs.<br>Redline Recovery Services, LLC,<br>    Defendant. | CV-10-374-TUC-JGZ (BPV)<br>**ORDER** |

Upon stipulation of the parties (Doc. 38) and good cause appearing,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 16th day of March, 2012.

_____
Jennifer G. Zipps
United States District Judge